# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** AF Holdings, LLC

v.  **Case No:** 12-7135

Does, 1-1058

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ⦿ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Bright House Networks, LLC

Cox Communications, Inc.

Verizon Online LLC

Names of Parties                                Names of Parties

### Counsel Information

**Lead Counsel:** Deanne E. Maynard

Direct Phone: (202) 887-8740   Fax: (202) 887-0763   Email: DMaynard@mofo.com

**2nd Counsel:** Marc A. Hearron

Direct Phone: (202) 778-1663   Fax: (202) 887-0763   Email: MHearron@mofo.com

**3rd Counsel:**

Direct Phone: (   )    -     Fax: (   )    -     Email:

**Firm Name:** Morrison & Foerster LLP

**Firm Address:** 2000 Pennsylvania Ave, NW, Suite 6000, Washington, DC 20006

**Firm Phone:** (202) 887-1500   Fax: (202) 887-0763   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 28, 2013. I further certify that counsel of record are registered CM/ECF users and will be served by the appellate CM/ECF system.

s/ Deanne E. Maynard  
Deanne E. Maynard

dc-704044