No. 12-7135

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**AF HOLDINGS, LLC,**

*Appellee*,

**v.**

**DOES 1 – 1,058,**

*Appellees*,

**and**

**COX COMMUNICATIONS, INC., et al.,**

*Appellants*.

**APPELLANTS' STATEMENT OF ISSUES TO BE RAISED**

As appellants stated in their petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), appellants intend to raise the following issue:

Whether the district court's order permitting AF Holdings, LLC to obtain appellants' subscribers' personally identifiable information should be reversed.

Dated: January 28, 2013    Respectfully Submitted,

By:   s/ Deanne E. Maynard
      DEANNE E. MAYNARD
      MORRISON & FOERSTER LLP
      2000 Pennsylvania Ave., N.W.
      Washington, D.C. 20006
      Telephone: 202.887.8740
      Facsimile: 202.887.0763
      DMaynard@mofo.com

*Counsel for Bright House Networks, LLC, Cox Communications, Inc. and Verizon Online LLC*

By:   s/ Bart W. Huffman
      BART W. HUFFMAN
      LOCKE LORD LLP
      100 Congress, Ste. 300
      Austin, TX 78701
      Telephone: 512.305-4746
      Facsimile: 512-391-4741
      BHuffman@lockelord.com

      HUGH S. BALSAM
      LOCKE LORD LLP
      111 S. Wacker Dr.
      Chicago, Illinois 60606
      Telephone: 312.443.0403
      Facsimile: 312.896.6403
      HBalsam@lockelord.com

*Counsel for SBC Internet Services, LLC*

By:  s/ John D. Seiver
JOHN D. SEIVER
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W.,
Suite 800
Washington, D.C. 20006
Telephone: 202.973.4200
Facsimile: 202.973.4499
johnseiver@dwt.com

*Counsel for Comcast Cable Communications Management, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 28, 2013. I further certify that counsel of record are registered CM/ECF users and will be served by the appellate CM/ECF system.

s/ Deanne E. Maynard<br>Deanne E. Maynard

dc-704044