Oral Argument Not Yet Scheduled

No. 12-7135

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**AF HOLDINGS, LLC,**

*Appellee*,

v.

**DOES 1 – 1,058,**

*Appellees*,

**and**

**COX COMMUNICATIONS, INC., et al.,**

*Appellants*.

**APPELLANTS' UNOPPOSED MOTION FOR 14-DAY EXTENSION TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 28(e) of the D.C. Circuit Rules, appellants respectfully move for a 14-day extension of time, to and including May 7, 2013, to file the opening brief and appendix in the above-captioned appeal. Counsel for appellee AF Holdings, LLC has informed appellants' counsel that AF Holdings does not oppose this request.

The opening brief and appendix currently are due on April 23, 2013. This motion is being filed more than seven days before the due date of the brief and

appendix, in accordance with D.C. Circuit Rule 28(e)(2). This is a first request for an extension of time. Oral argument has not yet been scheduled.

Grounds for the request: The requested extension is necessary based on competing commitments of counsel, described below, and the need to coordinate among multiple appellants to file a joint opening brief consistent with Section IX.A.2 of the Handbook of Practice and Internal Procedures. Filing a single joint brief will require significant coordination among the five appellants, who are represented by three separate sets of counsel.

Competing commitments of counsel: Deanne E. Maynard and Benjamin J. Fox of Morrison & Foerster LLP are counsel for appellants Bright House Networks, LLC, Cox Communications, Inc., and Verizon Online LLC and are responsible for preparing the draft joint opening brief. They have significant competing professional obligations that include a response and reply brief due in the U.S. Court of Appeals for the Federal Circuit on April 15 in *Hospira v. Sandoz Inc.*, Nos. 12-1426, 12-1427 (Ms. Maynard); a brief for the appellee due in the U.S. Court of Appeals for the Federal Circuit on May 2 in *Nazomi Communications, Inc. v. Nokia Corp.*, No. 13-1165 (Ms. Maynard); a brief due on April 15 in *Guava LLC v. Does 1-40*, Pa. Ct. Common Pl. No. 03387 (Mr. Fox); a brief due in the U.S. District Court for the Northern District of Texas on April 22 in *Malibu Media v. Verizon Online LLC*, No. 6:13-mc-5 (Mr. Fox); and an appellant's opening brief

due in the U.S. Court of Appeals for the Ninth Circuit on May 13 in *Murphy v. Otter*, No. 12-35041 (Ms. Maynard and Mr. Fox).  Mr. Fox also has lead counsel responsibility in several patent infringement cases for Konami Digital Entertainment, Inc. and Square Enix, Inc. pending in the U.S. District Court for the Central District of California and the U.S. District Court for the District of Delaware, with upcoming motions to dismiss due in the next three weeks in the California cases, among other ongoing case responsibilities.

    Bart Huffman is counsel for appellant AT&T Internet Services and John D. Seiver is counsel for appellant Comcast Cable Communications Management. Both have multiple competing commitments in ongoing matters for AT&T Internet Services and Comcast, respectively, and for other Internet Service Providers in multi-Doe copyright lawsuits in various jurisdictions across the country.

Dated:  April 12, 2013                    Respectfully Submitted,


                                              By:   /s/ Deanne E. Maynard
                                                  DEANNE E. MAYNARD
                                                  MORRISON & FOERSTER LLP
                                                  2000 Pennsylvania Ave., N.W.
                                                  Washington, D.C.  20006
                                                  Telephone:  202.887.8740
                                                  Facsimile:  202.887.0763
                                                  DMaynard@mofo.com

                                                  BENJAMIN J. FOX
                                                  MORRISON & FOERSTER LLP
                                                  555 W. 5th St.
                                                  Los Angeles, California 90013
                                                  Telephone:  213.892.5200
                                                  Facsimile:  213.892.5454
                                                  BFox@mofo.com

                                                  *Counsel for Bright House Networks,*
                                                  *LLC, Cox Communications, Inc.*
                                                  *and Verizon Online LLC*

By:   /s/ Bart W. Huffman
BART W. HUFFMAN
LOCKE LORD LLP
100 Congress, Ste. 300
Austin, TX 78701
Telephone: 512.305-4746
Facsimile: 512-391-4741
BHuffman@lockelord.com

HUGH S. BALSAM
LOCKE LORD LLP
111 S. Wacker Dr.
Chicago, Illinois 60606
Telephone: 312.443.0403
Facsimile: 312.896.6403
HBalsam@lockelord.com

*Counsel for SBC Internet Services, LLC*


By:   /s/ John D. Seiver
JOHN D. SEIVER
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W.,
Suite 800
Washington, D.C. 20006
Telephone: 202.973.4200
Facsimile: 202.973.4499
johnseiver@dwt.com

*Counsel for Comcast Cable Communications Management, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on April 12, 2013.

    Counsel for appellee are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: April 12, 2013

                                                /s/ Deanne E. Maynard