# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-7135**  September Term, 2012

1:12-cv-00048-BAH

Filed On: April 16, 2013 [1431104]

AF Holdings, LLC,

    Appellee

  v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Joint Brief | May 7, 2013 |
| Appendix | May 7, 2013 |
| Appellees' Brief | June 6, 2013 |
| Appellants' Joint Reply Brief | June 20, 2013 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk