# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 12-7135** | **September Term, 2012** |
| | **1:12-cv-00048-BAH** |
| | **Filed On: May 9, 2013** [1435153] |

AF Holdings, LLC,

    Appellee

    v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

### O R D E R

    It is **ORDERED**, on the court's own motion, that the briefing schedule established by the court's order filed April 16, 2013, be suspended pending further order of the court.

                                                     FOR THE COURT:
                                                     Mark J. Langer, Clerk

                                     BY:    /s/
                                                       Lynda M. Flippin
                                                       Deputy Clerk