# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 12-7135**           **September Term, 2012**

1:12-cv-00048-BAH

Filed On: June 7, 2013 [1440273]

AF Holdings, LLC,

    Appellee

  v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

**O R D E R**

Upon consideration of appellee's motion for extension of time to file responses to the motions for judicial notice and for leave to participate as amicus curiae, it is

**ORDERED** that the motion for extension of time be granted. The responses are now due June 19, 2013.

                                               FOR THE COURT:
                                               Mark J. Langer, Clerk

                            BY:    /s/
                                        Mark A. Butler
                                        Deputy Clerk