# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 12-7135**                        **September Term, 2012**

**1:12-cv-00048-BAH**

**Filed On: June 25, 2013** [1443165]

AF Holdings, LLC,

      Appellee

   v.

Does, 1 - 1058,

      Appellee

Cox Communications, Inc., et al.,

      Appellants

### O R D E R

Upon consideration of the motion of movant-amici Electronic Frontier Foundation, et al. for leave to file an amicus brief in support of appellants, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the following revised briefing schedule will apply in this case:

    Appellees' Brief                                                     July 25, 2013

    Appellants' Reply Brief                                    August 8, 2013

                                                                  **FOR THE COURT:**
                                                                  Mark J. Langer, Clerk

                                                      BY:    /s/
                                                                  Michael C. McGrail
                                                                  Deputy Clerk