No. 12-7135

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AF HOLDINGS, LLC,

*Plaintiff-Appellee,*

v.

DOES 1 – 1,508,

*Defendants,*

and

COX COMMUNICATIONS, INC., et al.,

*Appellants.*

APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MAY 6 AND MAY 14 MOTIONS

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 27(h) of the D.C. Circuit Rules, Appellee respectfully moves for an extension of time, of thirty days, in which to file its answering brief. On July 18, 2013, Benjamin Fox, counsel for certain Appellee Internet Service Providers ("ISPs"), informed the undersigned that the Appellant ISPs do not oppose granting Appellee a thirty-day extension of time for to file its answering brief. As such, the there is

no objection to allowing Appellee a thirty-day extension, until August 24, 2013 to file its answering brief, and granting this Motion will not cause prejudice to any party.

WHEREFORE, for the reasons set forth above, Appellee respectfully requests that the Court extend the time in which it may file its answering brief for thirty days, until August 24, 2013; and to grant it any and all of the relief that the Court deems to be reasonable and appropriate under the circumstances.

By:  s/Paul A. Duffy
Paul A. Duffy
2 N. LaSalle Street
13thFloor
Chicago, IL 60602
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
*Attorney for the Appellee*

## CERTIFICATE OF SERVICE

  I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by sing the appellate CM/ECF system on July 23, 2013.

                s/ Paul A. Duffy
                Paul A. Duffy