No. 12-7135

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AF HOLDINGS, LLC,

*Plaintiff-Appellee,*

v.

DOES 1 – 1,508,

*Defendants,*

and

COX COMMUNICATIONS, INC., et al.,

*Appellants.*

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT ANSWERING BRIEF**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 27(h) of the D.C. Circuit Rules, Appellee respectfully moves for an extension of time, of thirty days, in which to file its answering brief. On August 21, 2013, counsel for certain Appellee Internet Service Providers ("ISPs"), informed the undersigned that the Appellant ISPs "take no position" in connection with this request. As such, the there is no opposition, and no agreement, on the part of the

ISPs to allowing Appellee a thirty-day extension, until September 25, 2013, to file its answering brief. Granting this Motion will not cause prejudice to any party.

WHEREFORE, for the reasons set forth above, Appellee respectfully requests that the Court extend the time in which it may file its answering brief for an additional thirty days, until September 25, 2013, and to grant it any and all of the relief that the Court deems to be reasonable and appropriate under the circumstances.

By: s/Paul A. Duffy
Paul A. Duffy
2 N. LaSalle Street
13thFloor
Chicago, IL 60602
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
*Attorney for the Appellee*

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by sing the appellate CM/ECF system on August 22, 2013.

                                                     s/ Paul A. Duffy
                                                     Paul A. Duffy