# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-7135** | **September Term, 2012** |
| | **1:12-cv-00048-BAH** |
| | **Filed On: August 23, 2013** [1453353] |

AF Holdings, LLC,

    Appellee

  v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

## O R D E R

Upon consideration of appellees' unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | September 25, 2013 |
| Appellants' Reply Brief | October 9, 2013 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk