No. 12-7135

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AF HOLDINGS, LLC,

*Plaintiff-Appellee,*

v.

DOES 1 – 1,508,

*Defendants,*

and

COX COMMUNICATIONS, INC., et al.,

*Appellants.*

**APPELLEE'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO SUBMIT ANSWERING BRIEF**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 27(h) of the D.C. Circuit Rules, Appellee respectfully moves for an extension of time, of thirty days, in which to file its answering brief. Appellee moves for this additional extension due to the complexity of the case and briefings, and due to the fact that illness and recent hospitalization of Appellee's counsel which has unforeseeably delayed completion of the answering brief. Appellee does not

believe that granting this additional extension will not cause prejudice to any party because, among other things, the Court has not set the case for oral argument.

WHEREFORE, for the reasons set forth above, Appellee respectfully requests that the Court extend the time in which it may file its answering brief for an additional thirty days, until October 23, 2013, and to grant it any and all of the relief that the Court deems to be reasonable and appropriate under the circumstances.

|  |  |
|---|---|
| By: | s/Paul A. Duffy |
|  | Paul A. Duffy |
|  | 2 N. LaSalle Street |
|  | 13thFloor |
|  | Chicago, IL 60602 |
|  | Telephone: (312) 880-9160 |
|  | Facsimile:  (312) 893-5677 |
|  | *Attorney for the Appellee* |

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by sing the appellate CM/ECF system on September 23, 2013.

                                                    s/ Paul A. Duffy
                                                    Paul A. Duffy