No. 12-7135

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**AF HOLDINGS, LLC,**

*Plaintiff-Appellee,*

v.

**DOES 1 – 1,058,**

*Defendants,*
and

**COX COMMUNICATIONS, INC.,** *et al.***,**

*Appellants.*

From an Order by the U.S. District Court for the District of Columbia
The Honorable Beryl A. Howell, Judge Presiding
(Case No. 1:12-cv-00048-BAH)

## OPPOSITION TO AF HOLDINGS' THIRD MOTION FOR AN EXTENSION OF TIME TO FILE ITS ANSWERING BRIEF

| | |
|---|---|
| Deanne E. Maynard | Benjamin J. Fox |
| MORRISON & FOERSTER LLP | MORRISON & FOERSTER LLP |
| 2000 Pennsylvania Ave., NW | 707 Wilshire Blvd., Suite 6000 |
| Washington, D.C. 20006-1888 | Los Angeles, California 90017-3543 |
| Telephone: 202.887.1500 | Telephone: 213.892.5200 |
| DMaynard@mofo.com | BFox@mofo.com |

For Bright House Networks, LLC, Cox Communications, Inc. and Verizon Online LLC
(Additional Appellants and Counsel Listed on Signature Pages)

Appellant Internet Service Providers (ISPs) filed their Opening Brief on May 7, 2013, in this appeal addressing the legal standards to be applied in "multi-Doe" BitTorrent copyright infringement lawsuits. As the Opening Brief explains, this appeal presents important legal issues and seeks to resolve a stark split of authority in the Circuit. The lower court's order permitting discovery of the personal information for identifying more than 1,000 Internet subscribers is contrary to the weight of authority in the Circuit and is frequently cited by plaintiffs in similar actions that seek discovery from ISPs on an *ex parte* basis. A prompt resolution of this appeal is needed to ensure uniformity of decision in the Circuit and to provide guidance to copyright owners, ISPs, and the public.

Appellee AF Holdings previously obtained two unopposed 30-day extensions to file its Answering Brief, making its brief due on September 25, 2013. Appellee did not contact the ISPs in connection with its current request for more time, as Circuit Rule 27 (h)(2) requires. AF Holdings' motion is not supported by any declaration or specific factual showing that another 30-day extension of time is indeed necessary.

For these reasons, the ISPs respectfully submit that AF Holdings' motion should be denied for lack of a factual showing of good cause to support it.

In the alternative, the ISPs respectfully request that AF Holdings be ordered to file its Answering Brief within seven days of the Court's order on the motion.

Dated: September 26, 2013   Respectfully submitted,

By:   /s/ Benjamin J. Fox
         Benjamin J. Fox
(*Signature block continues on next page*)

    Deanne E. Maynard
    Marc A. Hearron
    MORRISON & FOERSTER LLP
    2000 Pennsylvania Ave., NW
    Washington, D.C. 20006-1888
    Telephone: 202.887.1500
    Facsimile: 202.887.0763
    DMaynard@mofo.com

    Benjamin J. Fox
    MORRISON & FOERSTER LLP
    707 Wilshire Blvd., Suite 6000
    Los Angeles, CA 90017-3543
    Telephone: 213.892.5200
    Facsimile: 213.892.5454
    BFox@mofo.com

    *Attorneys for Appellants*
    Bright House Networks LLC,
    Cox Communications, Inc., and
    Verizon Online LLC

(*Signatures Continue on Following Pages*)

Dated:  September 26, 2013

Respectfully submitted,

LORD LOCKE LLP

By:  /s/ Bart W. Huffman
     Bart W. Huffman

     LOCKE LORD LLP
     100 Congress Avenue, Suite 300
     Austin, Texas  78701
     Telephone:  (512) 305-4746
     Facsimile:  (512) 391-4741
     BHuffman@lockelord.com

     Hugh S. Balsam
     LOCKE LORD LLP
     111 South Wacker Drive
     Chicago, IL 60606
     Telephone:  (312) 443-0403
     Facsimile:  (312) 896-6403
     HBalsam@lockelord.com

     *Attorneys for Appellant*
     SBC Internet Services, LLC,
     d/b/a AT&T Internet Services

Dated: September 26, 2013

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:   /s/ John D. Seiver
      John D. Seiver

      1919 Pennsylvania Ave., N.W.
      Suite 800
      Washington, D.C. 20006
      Telephone: (202) 973-4200
      johnseiver@dwt.com

      *Attorneys for Appellant*
      Comcast Cable Communications
      Management, LLC

la-1224285

4

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on September 26, 2013.

Counsel for appellee are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: September 26, 2013         By:   /s/ Benjamin J. Fox