# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-7135**                                              **September Term, 2013**

**1:12-cv-00048-BAH**

**Filed On:** October 3, 2013

AF Holdings, LLC,

    Appellee

    v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

    **BEFORE:**    Griffith and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion for extension of time, and the opposition thereto, it is

**ORDERED** that the motion for extension of time be granted in part. Appellee AF Holdings, LLC's brief is now due within 7 days of the date of this order, and appellants' reply brief is due 14 days thereafter.

### Per Curiam

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

         BY:    /s/
                  Timothy A. Ralls
                  Deputy Clerk