**No. 12-7135**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**AF HOLDINGS, LLC,**

*Plaintiff-Appellee,*

v.

**DOES 1 – 1,508,**

*Defendants,*

and

**COX COMMUNICATIONS, INC., et al.,**

*Appellants.*

_____

**APPELLEE'S MOTION FOR LEAVE TO LATE-FILE BRIEF DUE TO
TECHNICAL FAILURE PURSUANT TO
ADMINISTRATIVE ORDER ECF-5(D)**

_____

Plaintiff-Appellee, pursuant to the United States Appellate Court for the District of Columbia Circuit's Administrative Order Regarding Electronic Case Filing ECF-5 and other governing law, as and for its Motion For Leave To Late-File Brief Due To Technical Failure, states as follows:

1. The Appellate Court on October 3, 2013 issued a Per Curiam Order stating that the Appellee's brief is due within seven (7) days of the order.

2. In accordance with that Order, the Appellee prepared and finalized its brief by October 10, 2013.

3. Undersigned counsel attempted to file the brief through the CM/ECF system on October 10, 2013. In doing so, the undersigned encountered technical failures in connection with the filing. The CM/ECF system repeatedly sent a message to the undersigned stating that "The docketed transaction failed: ERROR:java.sql.SQLException:docket:DocDpf:DocDpf." (A true and correct copy of a photograph of this error message that the undersigned received on each of his multiple attempts to file the brief electronically on October 10, 2013 is attached as *Exhibit "A"* hereto and made a part hereof.)

4. The undersigned made numerous attempts to file the brief electronically on October 10, 2013, but was unable to do so. Instead, the undersigned was repeatedly sent the same "error" message at Exhibit A. The undersigned has previously filed several papers with the Appellate Court through the CM/ECF system in this case, and has not experienced a similar issue in connection with those filings. The undersigned has not

encountered any other type of technical failure with the CM/ECF system this case. The undersigned attempted to resolve the technical failure through on-line resources available through the Appellate Court's web page and through other online resources, but was unable to do so. The Appellate Court's CM/ECF Help Desk and Clerk's office were both closed at the time the technical failures were encountered.

5. Despite many attempts to file the brief on October 10, 2013, the undersigned was unable to do so, solely as a consequence of the technical failure referenced in Paragraphs 3 and 4 hereof.

6. The undersigned consulted by telephone with the Appellate Court's CM/ECF Help Desk, and the Appellate Court's clerk, by telephone when they opened again, early on October 11, 2013. The Help Desk representative provided suggestions to the undersigned for how to resolve the technical failure. The brief was thereafter filed on CM/ECF on October 11, 2013.

7. Among other things, the CM/ECF Help Desk representative with whom the undersigned spoke on October 11, 2013 informed the undersigned that another ECF user, in a different case, also contacted the Help Desk representative on October 11 about an inability to file a document due to the same type of technical failure described in Paragraphs 3 and 4 hereof.

Furthermore, the Help Desk representative informed the undersigned that the representative herself had recently experienced the same type of technical failure in connection with the ECF system.

8. The Appellee used its best efforts to file the brief on October 10, 2013, but due to the technical failure with the CM/ECF system was unable to do so.  The Appellee timely mailed the requisite number of copies of its brief to the Clerk of the Appellate Court on October 10, 2013.  The brief filed electronically on October 11, 2013 was identical to what Appellee mailed to the Appellate Court clerk on October 10, 2013.

9. Under the Appellate Court's Administrative Rule ECF-5, the filing of Appellee's brief was made untimely solely as a consequence of the technical failures described herein.  Pursuant to Administrative Rule ECF-5, Appellee brings this Motion to Late-File its brief in an effort to seek appropriate relief from the Appellate Court.  Appellee respectfully requests that the Appellate Court grant this Motion and allow Appellee to late-file its brief on October 11, 2013 because those technical failures prevented its filing on October 10, 2013.

10. Appellee does not bring this Motion for purposes of causing undue delay or for any improper purpose.  There is not presently a date set for oral argument in this matter.

WHEREFORE, for the reasons set forth above, Appellee respectfully requests that the Appellate Court grant it leave to late-file its brief; grant Appellee leave to timely file its brief with the CM/ECF system on October 11, 2013; and to grant it any and all further relief that the Court deems to be reasonable and appropriate under the circumstances.


By:    s/Paul A. Duffy
       Paul A. Duffy
       2 N. LaSalle Street
       13thFloor
       Chicago, IL 60602
       Telephone: (312) 952-6136
       Facsimile:  (312) 346-8434
       E-mail:
       pduffy@pduffygroup.com
       *One of the Attorneys for the Appellee*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by sing the appellate CM/ECF system on October 11, 2013.

s/  Paul A. Duffy
Paul A. Duffy
