# United States Court of Appeals
### For The District of Columbia Circuit

———

**No. 12-7135**  September Term, 2013

1:12-cv-00048-BAH

Filed On: October 18, 2013 [1461893]

AF Holdings, LLC,

    Appellee

  v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

### O R D E R

Upon consideration of appellee's motion for leave to late-file brief due to technical failure and the lodged appellee's brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged document.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                    BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk