# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-7135**  September Term, 2013

1:12-cv-00048-BAH

Filed On: February 18, 2014 [1480299]

AF Holdings, LLC,

    Appellee

  v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on April 14, 2014, at 9:30 A.M., before Circuit Judge Tatel, and Senior Circuit Judges Silberman and Sentelle.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:   /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)