# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-7135**  **September Term, 2013**

**1:12-cv-00048-BAH**

**Filed On:** March 20, 2014

AF Holdings, LLC,

    Appellee

    v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

**BEFORE:** Tatel, Circuit Judge; and Silberman and Sentelle, Senior Circuit Judges

## O R D E R

Upon consideration of the motions of appellants and amici curiae for judicial notice, it is

**ORDERED** that consideration of the motions be deferred pending the oral argument of this case on April 14, 2014.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk