# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 12-7135**　　　　　　　　　　　　　　　　　　**September Term, 2013**

**1:12-cv-00048-BAH**

**Filed On: May 27, 2014** [1494481]

AF Holdings, LLC,

　　　　Appellee

　v.

Does, 1 - 1058,

　　　　Appellee

Cox Communications, Inc., et al.,

　　　　Appellants

## O R D E R

　　It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Jennifer M. Clark
　　　　　　　　　　　　　　　　　　Deputy Clerk